APPROVED 2/2/26
/S/ Matthew J. Maddox
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| NOE NAHUN TORRES REYES, | * | |
| Petitioner, | * | Case No. 8:25-cv-04143-MJM |
| v. | * | |
| PAMELA BONDI, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Petitioner, Noe Nahun Torres Reyes, and Respondents, United States Attorney General Pamela Bondi, United States Department of Homeland Security Secretary Kristi Noem, United States Immigration and Customs Enforcement ("ICE") Acting Director Todd Lyons, and the ICE Baltimore Field Office Acting Director,[1] by and through their respective undersigned counsel, submit this Joint Status Report in accordance with the Court's January 22, 2026 Order (ECF No. 14) and state:

1. On January 15, 2026, the Immigration Court in Oakdale, Louisiana held a bond hearing for Petitioner. The Immigration Judge subsequently issued a written decision granting Petitioner bond.

2. After posting bond, Petitioner was released from ICE custody. He is now home in Maryland with his family.

3. Petitioner's removal proceedings have been transferred from the Immigration Court in Oakdale, Louisiana to the Immigration Court in Hyattsville, Maryland due to his release.

---

[1] Vernon Liggins is presently the Acting Field Office Director of the ICE Baltimore Field Office.

4.      The parties agree that there are no further issues in dispute and that this case may now be closed.

Dated: January 30, 2026

Respectfully submitted,

| | |
|---|---|
| _/s/ Doran Michelle Shemin_ | Kelly O. Hayes |
| Doran Michelle Shemin | United States Attorney |
| D. Md. Bar # 31758 | |
| Haynes Novick Kohn Immigration | By:   _/s/ Megan L. Micco_ |
| 1616 P Street NW, Ste 400 | Megan L. Micco (Bar No. 20936) |
| Washington, D.C.  20036 | Assistant United States Attorney |
| Phone: 202-293-3123 | U.S. Attorney's Office, District of Maryland |
| Fax: 202-293-6230 | 36 S. Charles Street, Suite 400 |
| Email: doran@dcimmigrationattorney.com | Baltimore, Maryland  21201 |
| | Telephone: (410) 209-4800 |
| _Counsel for Petitioner_ | Megan.Micco@usdoj.gov |
| | |
| | _Counsel for Respondents_ |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of January, 2026, a copy of the foregoing Joint Status Report was served electronically on all parties and counsel receiving service via CM/ECF in this case.

 _/s/ Megan L. Micco_
Megan L. Micco (Bar No. 20936)
Assistant United States Attorney

2